# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153696

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

    SC: 153696
    COA: 325449
    Gratiot CC: 14-007061-FH

DAVID ALLEN SNYDER,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 18, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Temelkoski* (Docket No. 150643) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



a0925

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2017



Clerk